Willis M. Wagner (SBN 310900)
Sean A. Newland (SBN 300928)
Natalia DaSilva Telles (SBN 329468)
GREENBERG TRAURIG LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
will.wagner@gtlaw.com
sean.newland@gtlaw.com
natalia.dasilvatelles@gtlaw.com

Attorneys for Defendant
CLINIQUE LABORATORIES, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KRASNOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLINIQUE LABORATORIES, LLC,<br><br>Defendant. | Case No.: 1:25-CV-02060-KES-CDB<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO SET MOTION TO DISMISS COMPLAINT BRIEFING SCHEDULE**<br><br>Complaint filed: December 29, 2025<br>U.S. Magistrate Judge Christopher D. Baker |

STIPULATION AND [PROPOSED] ORDER TO SET MOTION TO DISMISS COMPLAINT BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by and between Plaintiff Maria Krasnova, and Defendant Clinique Laboratories, LLC (the "Parties"), by and through their respective counsel, as follows:

WHEREAS, on December 29, 2025, Plaintiff filed this action in the United States District Court for the Eastern District of California;

WHEREAS, service was effected on January 13, 2026 by waiver, setting a responsive pleading deadline of March 16, 2026; and

WHEREAS, the Parties have agreed to participate in a mediation session on May 8, 2026, and to adjust the briefing schedule to accommodate mediation and avoid unnecessary expense should this matter be resolved at mediation;

NOW, THEREFORE, the Parties agree through their counsel, that Defendant's motion to dismiss the Complaint is briefed as follows.

1.    Deadline for the Parties to meet and confer: June 1, 2026.

2.    Deadline for the Defendant to file motion to dismiss: June 8, 2026.

3.    Deadline for Plaintiff to file opposition to Defendant's motion to dismiss: July 6, 2026.

4.    Deadline for Defendant to file its reply in support of its motion to dismiss: July 27, 2026.

IT IS SO STIPULATED.

DATED: March 13, 2026                          HEDIN LLP

                                               By: */s/Frank S. Hedin*
                                                   Frank S. Hedin
                                                   Attorney for Plaintiff
                                                   MARIA KRASNOVA

DATED: March 13, 2026                          GREENBERG TRAURIG LLP

                                               By: */s/Willis M. Wagner*
                                                   Willis M. Wagner
                                                   Sean A. Newland
                                                   Natalia DaSilva Telles
                                                   Attorneys for Defendant
                                                   CLINIQUE LABORATORIES, LLC

2

STIPULATION AND [PROPOSED] ORDER TO SET MOTION TO DISMISS COMPLAINT BRIEFING SCHEDULE

**IT IS SO ORDERED.**

DATED: _____, 2026

By:_____

U.S. Magistrate Judge Christopher D. Baker

---

3

STIPULATION AND [PROPOSED] ORDER TO SET MOTION TO DISMISS COMPLAINT BRIEFING SCHEDULE