Frank S. Hedin (SBN 291289)
Hedin LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131
Telephone:    (305) 357-2107
E-Mail:       fhedin@hedinllp.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA KRASNOVA,<br><br>             Plaintiff,<br><br>v.<br><br>CLINIQUE LABORATORIES, LLC,<br><br>             Defendant. | Case No. 1:25-cv-02060-KES-CDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Maria Krasnova hereby gives notice that this action against Defendant Clinique Laboratories, LLC is voluntarily dismissed, in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: June 8, 2026                    Respectfully submitted,

                                       */s/ Frank S. Hedin*
                                       Frank S. Hedin (SBN 291289)
                                       **HEDIN LLP**
                                       1395 Brickell Ave., Suite 610
                                       Miami, Florida 33131-3302
                                       Telephone:    (305) 357-2107
                                       E-Mail:       fhedin@hedinllp.com

                                       *Counsel for Plaintiff*